ANTHONY L. MARTIN, ESQ.
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA, ESQ.
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
AMY L. HOWARD, ESQ.
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Eldorado Resorts Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHAIM BENMELECH,<br><br>Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida Corporation; MICHAEL MARRS; KRISTEN BECK; DOMINIC TALEGHANI; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01060-JCM-VCF<br><br>**DEFENDANT'S REQUEST FOR EXCEPTION TO IN-PERSON ATTENDANCE OF INSURANCE CARRIER REPRESENTATIVE AT EARLY NEUTRAL EVALUATION SESSION** |

Pursuant to the Court's Order Regarding Early Neutral Evaluation Session (ECF No. 8) and LR 16-6, Defendant Eldorado Resorts Corporation ("Eldorado" and/or "Defendant"), by and through its undersigned counsel, hereby submits this request to allow its insurance carrier representative to attend the Early Neutral Evaluation Session ("ENE") currently scheduled for

August 30, 2017, before the Honorable Nancy J. Koppe, United States Magistrate Judge, telephonically.

Pursuant to the Court's Order (ECF No. 8), where a party is subject to coverage by an insurance carrier, a representative of the insurance carrier with authority to settle the matter up to the full amount of the claim must attend the ENE in addition to a party representative, unless an exception is granted. Eldorado is subject to coverage by an insurance carrier, though it is well within the Self Insured Retention ("SIR") at this point.

A telephonic appearance by the insurance carrier's claims representative will not inhibit or limit the parties' ability to negotiate or reach a potential settlement. Eldorado's Vice President of Operations, James Grimes, will be attending the ENE. Mr. Grimes has binding authority to settle this matter on Eldorado's behalf and has extensive knowledge of the facts and circumstances surrounding Plaintiff's employment at Eldorado. Mr. Grimes is familiar with the claims alleged by Plaintiff and has attended a number of ENEs on behalf of Eldorado. Eldorado's insurance carrier is confident in Eldorado's ability to negotiate a fair and final resolution of this matter.

If an exception to the in-person attendance requirement is granted, the claims representative will be available telephonically for the entirety of the ENE. However, based on the allegations contained in Plaintiff's Complaint, and for reasons that will be discussed in detail in the Eldorado's confidential evaluation statement, Eldorado believes the insurance policy's $350,000.00 retention threshold far exceeds the value of Plaintiff's claims. As such, it would not be cost effective to fly a claims representative to Las Vegas to attend the ENE in-person as the costs could be disproportionate to the value of the case.

//

//

//

2

Eldorado is confident in its ability to fully and in good faith participate in the ENE with the claims representative participating telephonically. Based on the foregoing, Eldorado respectfully requests that the Court's in-person attendance requirement for the insurance carrier be waived and that the Court approve Eldorado's request to allow the claims representative to attend the August 30, 2017 ENE telephonically.

Dated this 23rd day of June, 2017.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

 /s/ Jill Garcia
Anthony L. Martin
Jill Garcia
Amy L. Howard
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
*Attorneys for Defendant Eldorado Resorts Corporation*

IT IS SO ORDERED.
Dated:  June 26, 2017

_____
United States Magistrate Judge

3