ANTHONY L. MARTIN, ESQ.
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA, ESQ.
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
AMY L. HOWARD, ESQ.
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Eldorado Resorts
Corporation, Michael Marrs and Kristen Hayde*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHAIM BENMELECH,<br><br>    Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida Corporation; MICHAEL MARRS; KRISTEN BECK; DOMINIC TALEGHANI; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-01060-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Chaim Benmelech ("Plaintiff") and Defendants Eldorado Resorts Corporation, Michael Marrs, and Kristen Hayde (formerly known as "Beck") (hereinafter "Defendants")[1], by and through their undersigned counsel, that all

---

[1] Plaintiff never served Dominic Taleghani, and he has never appeared in this matter.

claims Plaintiff had, or may have, against Defendants that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

Each party to bear their own fees and costs.

Dated this 12th day of June, 2018.

| | |
|---|---|
| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/* Daniel R. Watkins | */s/* Jill Garcia |
| Daniel R. Watkins<br>Brian S. Letofsky<br>8215 South Eastern Avenue, Suite 265<br>Las Vegas, NV 89123<br>*Attorneys for Plaintiff Chaim Benmelech* | Anthony L. Martin<br>Jill Garcia<br>Amy L. Howard<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV 89169<br>*Attorneys for Defendants Eldorado Resorts Corporation, Michael Marrs, and Kristen Hayde* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

June 15, 2018
_____
DATE

34158198.1

2